RECEIVED
AUG 17 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Dale J. Walther, Esq.
Walther & Flanigan
1029 West 3rd Avenue, Suite #250
Anchorage, AK 99501
Phone: 907-279-9999
Fax:    907-258-3804
Counsel for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERICA SNARE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:07-cv-00159 RRB |

## **COMPLAINT**

COMES NOW Plaintiff Erica Snare, by and through her counsel, and for her

Complaint, states and alleges as follows:

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-

   80, as hereinafter more fully appears.

2. Plaintiff Erica Snare resides at Anchorage, Alaska, within the jurisdiction of this

   court.

3. On or about the 28th day of December, 2004, Plaintiff, while operating a motor

   vehicle in a legal manner, was stopped at a stop sign a the intersection of

Complaint
*Snare v. USA* Case No.: _____

Page 1 of 3

Walther & Flanigan
RESOLUTION PLAZA
1029 WEST THIRD AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501
PHONE: (907) 279-9999
FAX: (907) 258-3804

Richardson and Quartermaster on Fort Richardson Army base located at Anchorage, Alaska.

4.  While so stopped at the intersection, Plaintiff's vehicle was rear ended by a vehicle owned by defendant United States of America and being negligently driven by James Lewis Muffoletto.

5.  At such time and place, James Lewis Muffoletto who was in the employ of the Department of the Army, an agency of the United States Government, and/or the United States of America, and was acting within the scope of his office or employment.

6.  The cause of the accident was the United States of America's employee James Lewis Muffoletto's negligent failure to maintain a proper lookout, distance and speed consistent with the road conditions at the time.

7.  As a proximate and legal result of the above described negligence of the United States of America's employee James Lewis Muffoletto, Plaintiff Erica Snare suffered personal injury and incurred damages consisting of medical expenses, lost earnings, loss of future earning capacity, pain and suffering, and loss of enjoyment of life, all of which are continuing, for a combined amount of said damages totaling $350,000.00 dollars.

8.  The aforesaid injuries were caused solely by defendant, its agents, servants, or employees.

Walther & Flanigan
RESOLUTION PLAZA
1029 WEST THIRD AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501
PHONE: (907) 279-9999
FAX: (907) 258-3804

9. More than six months before this action was instituted, the claim set forth herein was presented to the Department of the Army. Said agency having failed to make a final disposition of the claim within that time, Plaintiff deems such failure to be a denial thereof.

WHEREFORE, plaintiff Erica Snare demands judgment against defendant for the sum of $350,000.00 and costs, plus interest, attorneys fees and other equitable relief as is allowed by law and as the court deems just.

DATED THIS _17_ DAY OF AUGUST, 2007.

WALTHER & FLANIGAN
Attorneys for Plaintiff

Dale J. Walther
ABA No. 7510102

Walther & Flanigan
RESOLUTION PLAZA
1029 WEST THIRD AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501
PHONE: (907) 279-9999
FAX: (907) 258-3804

Complaint
*Snare v. USA* Case No.: _____